IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
99 SEP 30 AM 9:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| STEPHEN PORTER PILLEY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE STATE OF ALABAMA,  )<br>JEFFERSON COUNTY, )<br>JEFFERSON COUNTY COMMISSION, )<br>SHERIFF MEL BAILEY, )<br>COUNTY COMMISSIONER MARY M. )<br>BUCKELEW, COUNTY COMMISSIONER )<br>BETTYE FINE COLLINS, )<br>COUNTY COMMISSIONER JEFF )<br>GERMANY, COUNTY COMMISSIONER )<br>CHRIS MCNAIR, COUNTY )<br>COMMISSIONER GARY WHITE, )<br>DEPUTY SHERIFF ROGER HOLIFIELD, )<br>DEPUTY SHERIFF V. C. WINN, and )<br>DEPUTY SHERIFF MACON, )<br>)<br>Defendants. ) | CV 96-J-0865-S<br><br>ENTERED<br>SEP 3 0 1999 |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the claims against the State of Alabama, Jefferson County, Jefferson County Commission, Sheriff Mel Bailey, and County Commissioners Mary M. Buckelew, Bettye Fine Collins, Jeff Germany, Chris McNair, and Gary White are due to be

26

dismissed with prejudice. Further, the motions for summary judgment of Deputies Holifield, Winn, and Macon are due to be granted. An appropriate order will be entered.

**DONE**, this ___30___ day of September, 1999.

                                              INGE P. JOHNSON
                                              UNITED STATES DISTRICT JUDGE